## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF MICHIGAN

DAVID HILL,

        Plaintiff,                    Case No. 24-cv-12100
                                           Hon. Matthew F. Leitman

v.

FERRELLGAS, INC., et al.,

        Defendants.

_____/

## ORDER EXTENDING DISCOVERY DEADLINES

The matter, having come before this Honorable Court pursuant to Defendants' Motion for Extension of Discovery Deadlines; and the Court, being otherwise fully advised in the premises;

**IT IS HEREBY ORDERED** that in view of the need for both parties to continue exchanging documents, to complete depositions, and to complete expert discovery sets new deadlines as follows: the Fact Discovery Cutoff is now **July 18, 2025**, the Rule 26(a)(2) Proponent Expert Disclosures deadline is now **August 1, 2025**, the Rebuttal Expert Disclosures deadline is now **August 15, 2025,** and the Expert Discovery Cutoff is **August 29, 2025**. All other deadlines remain the same.

                                    s/Matthew F. Leitman
                                    MATTHEW F. LEITMAN
                                    UNITED STATES DISTRICT JUDGE

Dated:  May 19, 2025

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on May 19, 2025, by electronic means and/or ordinary mail.

s/Holly A. Ryan
Case Manager
(313) 234-5126