UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

DAVID HILL,

     Plaintiff,

                                   Case No. 24-cv-12100

v.                                      Hon. Matthew F. Leitman

FERRELLGAS, INC., *et al.*,

     Defendants.

_____/

### ORDER (1) TERMINATING WITHOUT PREJUDICE DEFENDANTS' MOTION FOR AN EXTENSION OF TIME (ECF No. 38) AND (2) SETTING SCHEDULE FOR FILING OF MOTIONS

On May 22, 2026, the Court held an on-the-record status conference in this action. For the reasons explained during the status conference, Defendants' currently-pending motion for an extension of the Court's discovery deadline (ECF No. 38) is **TERMINATED WITHOUT PREJUDICE AS MOOT**.

In addition, the Court adopts the following schedule for the filing of dispositive motions and motions challenging expert witnesses:

- All motions, by any party, seeking summary judgment and/or challenging the admissibility of expert opinions shall by filed by no later than **July 13, 2026**;

- Responses to any motions shall be filed by no later than **August 14, 2026**; and

1

- Reply briefs shall be filed by no later than **August 28, 2026**.

**IT IS SO ORDERED**.

s/Matthew F. Leitman
MATTHEW F. LEITMAN
UNITED STATES DISTRICT JUDGE

Dated:  May 22, 2026

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on May 22, 2026, by electronic means and/or ordinary mail.

s/Holly A. Ryan
Case Manager
(313) 234-5126